JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLNAZ AFGO AHMADI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC, a Delaware limited liability company; and DOES 1 through 50, inclusive;<br><br>Defendants. | Case No.: 2:24-cv-06007-JLS-JPR<br><br>**ORDER GRANTING STIPULATION REMANDING MATTER TO SUPERIOR COURT (Doc. 12)** |

# ORDER

The Court having reviewed the foregoing Stipulation, and good cause appearing therefore, **IT IS HEREBY ORDERED** that this matter will be remanded to the Superior Court of California for the County of Los Angeles, Case No. 24VECV02772.

Dated: August 22, 2024

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE